

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00243-CV

**IN THE INTEREST OF K.R., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00026
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

This is an appeal from an order of termination in which the trial court terminated appellant's parental rights. Appellant's court-appointed counsel filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel concluded the appeal is without merit. Counsel provided appellant with a copy of the brief, informed appellant of his right to review the record, and advised appellant of his right to file a pro se brief. On June 18, 2019, this court ordered that if appellant desired to file a pro se brief, he was required to do so on or before July 19, 2019. Appellant requested and was provided a copy of the record but did not file a pro se brief or a motion for extension of time to file a pro se brief. The State waived its right to file an appellee's brief.

On October 2, 2019, after reviewing the record and counsel's brief, we agreed the appeal is frivolous and without merit and issued an opinion affirming the trial court's order of termination. Appellant was required to file any motion for rehearing or motion for reconsideration en banc by no later than October 17, 2019. *See* TEX. R. APP. P. 49.1, 49.7. Appellant did not do so. On October 23, 2019, appellant filed a motion stating only: "I would like to file a pro se brief. I would like to file a[n] extension of time to file brief." The motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.



Michael A. Cruz,
Clerk of Court